# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF INFINITY METALS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> COASTLINE STEEL AND CONSTRUCTION, INC.; DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-1497-DMS-WVG <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL** |

On December 17, 2020, Plaintiff United States For The Use and Benefit of Infinity Metals, Inc. ("Plaintiff") filed a notice of dismissal with prejudice as to Defendants Great American Insurance Company and K.O.O. Construction, Inc. (ECF No. 3.) On February 11, 2021, Plaintiff filed notices of dismissal with prejudice as to Defendants Coastline Steel and Construction, Inc. and Does 1 through 10. (ECF No. 5, 6.)

/ / /

/ / /

/ / /

/ / /

1   Accordingly, it is hereby ORDERED that all Defendants are dismissed with
2  prejudice, with each party to bear its own fees and costs. The March 4, 2021 hearing is
3  vacated as moot. The Clerk of Court is directed to close the case.
4   **IT IS SO ORDERED.**

6  Dated: February 12, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court